# LAW OFFICES OF NOLAN KLEIN, P.A.

**ATTORNEYS & COUNSELORS**

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

www.nklegal.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2024
```

Nolan Klein, Esq.
klein@nklegal.com

May 21, 2024

**VIA CM/ECF**
Honorable Judge Margaret M. Garnett
United States District Court
40 Foley Square
New York, NY 10007

Re:   *Hipolito v. Accurate Door & Construction of NY, Inc., et al.*
      SDNY Case No.: 1:23-cv-03444

Dear Judge Garnett,

This office represents the Plaintiff, Jorge Hipolito, in the above-captioned matter. Our deadline to file a motion for settlement approval is due today, May 21, 2024. Although the parties do not intend to seek dismissal pursuant to Rule 41, they respectfully request through to May 30, 2024, to file papers intended to terminate this case with the Court. Thank you for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By:   /s/ Nolan Klein
      NOLAN K. KLEIN
      (NK4223)

NKK/amd
cc: Matthew Persanis, Esq. (via ECF)

---

Request for extension GRANTED. The deadline for parties to file papers to terminate this case is extended to **May 30, 2024.** The Clerk of Court is directed to terminate Dkt. No. 32.

SO ORDERED.  Date 5/23/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE