UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JORGE HIPOLITO, individually
and on behalf of others similarly situated,             CASE NO.: 1:23-cv-03444-MMG

      Plaintiff,

v.                                                      **PROPOSED JUDGMENT**

ACCURATE DOOR & CONSTRUCTION OF
NY, INC., a New York Corporation, and
MICHAEL DEPOMPEIS, an individual,

      Defendants.

------------------------------------------------------------x

WHEREAS, on or about June 5, 2024, Defendants, ACCURATE DOOR & CONSTRUCTION OF NY, INC., and MICHAEL DEPOMPEIS extended to Plaintiff, JORGE HIPOLITO, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of Eighteen Thousand Five Hundred Dollars ($18,500.00); JORGE HIPOLITO, accepted that offer, and filed the offer, and their acceptance thereof, with this Court;

NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ADJUDGED and DECREED, that Plaintiff, JORGE HIPOLITO, have judgment against Defendants, ACCURATE DOOR & CONSTRUCTION OF NY, INC., and MICHAEL DEPOMPEIS, jointly and severally, in the amount of Eighteen Thousand Five Hundred Dollars ($18,500.00), inclusive of all legal fees, interest, and costs.

All pending motions are denied as moot, and the Clerk of Court is directed to administratively close this case.

DATED: June ___, 2024.

                                                                                   _____
                                                                                    HON. MARGARET M. GARNETT
                                                                                     U.S. MAGISTRATE JUDGE