```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JORGE HIPOLITO, individually
and on behalf of others similarly situated,

        Plaintiff,

v.

ACCURATE DOOR & CONSTRUCTION OF
NY, INC., a New York Corporation, and
MICHAEL DEPOMPEIS, an individual,

        Defendants.

------------------------------------------------------------x

CASE NO.: 1:23-cv-03444-MMG

~~**PROPOSED**~~ **JUDGMENT**

WHEREAS, on or about June 5, 2024, Defendants, ACCURATE DOOR & CONSTRUCTION OF NY, INC., and MICHAEL DEPOMPEIS extended to Plaintiff, JORGE HIPOLITO, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of Eighteen Thousand Five Hundred Dollars ($18,500.00); JORGE HIPOLITO, accepted that offer, and filed the offer, and their acceptance thereof, with this Court;

NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ADJUDGED and DECREED, that Plaintiff, JORGE HIPOLITO, have judgment against Defendants, ACCURATE DOOR & CONSTRUCTION OF NY, INC., and MICHAEL DEPOMPEIS, jointly and severally, in the amount of Eighteen Thousand Five Hundred Dollars ($18,500.00), inclusive of all legal fees, interest, and costs.

All pending motions are denied as moot, and the Clerk of Court is directed to administratively close this case.

DATED: June 10, 2024.

_____
HON. MARGARET M. GARNETT
U.S. MAGISTRATE JUDGE